```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| ANNA STACHON, ROGER MCCARVILLE and MCCARVILLE-STACHON, INC., a Nebraska Corporation, d/b/a Capri Motel, | ) ) ) ) ) ) | 4:02CV3068 |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Jury trial is set for January 18, 2006 for a duration of four days before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held January 3, 2006 at 10:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to December 20, 2005 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

Dated August 11, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge