IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 AUG 11 PM 1:05

OFFICE OF THE CLERK

| | |
|---|---|
| ANNA STACHON, ROGER McCARVILLE, and McCARVILLE-STACHON, INC., d/b/a, Capri Motel, Plaintiffs, v. THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation, Defendant. | Case No. 4:02CV3068<br><br>CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND ORDER OF REFERENCE |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature]<br>Stephen D. Mossman | For Anna Stachon, Roger McCarville and McCarville-Stachon, Inc., Plaintiffs | August 8, 2005 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

8/11/05
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 AUG 11 PM 1:05

OFFICE OF THE CLERK

| | |
|---|---|
| ANNA STACHON,<br>ROGER McCARVILLE, and<br>McCARVILLE-STACHON, INC.,<br>d/b/a, Capri Motel,<br><br>v.<br><br>THE BURLINGTON NORTHERN AND<br>SANTA FE RAILWAY COMPANY<br>a Delaware Corporation,<br>Defendant | Case No. 4:02CV3068<br><br><br><br><br><br>**CONSENT TO EXERCISE<br>OF JURISDICTION BY A<br>UNITED STATES MAGISTRATE<br>JUDGE AND<br>ORDER OF REFERENCE** |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, defendant in this case hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

Dated this 8th day of August, 2005.

s/Thomas L. Beam

Thomas L. Beam Bar Number: 18525
Attorney for Defendant
HALL & EVANS, L.L.C.
1125 – 17th Street, Suite 600
Denver, CO 80202
Telephone: (303) 628-3300
Fax: (303) 628-3368
E-mail: beamt@hallevans.com

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the consent of the parties.

8/11/05
Date

United States District Judge

CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 8th day of August 2005, I electronically filed the foregoing **CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Stephen D. Mossman
MATTSON, RICKETTS, DAVIES, STEWART & CALKINS
134 South 13th Street, Suite 1200
Lincoln, NE 68508-1901
E-mail: sdm@mattsonricketts.com

s/Leslie E Grauberger, Secretary
   Thomas L. Beam Bar Number: 18525
   Attorneys for Defendant
   Hall & Evans, L.L.C.
   1125 17th Street, Suite 600
   Denver, CO 80202-2052
   303-628-3300 – Phone Number
   303-628-3368 – Fax Number
   beamt@hallevans.com
   carafellia@hallevans.com