IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ANNA STACHON, ROGER McCARVILLE and McCARVILLE-STACHON, INC., d/b/a Capri Motel, | ) ) ) ) | Civil No. 4:02CV3068 |
| --- | --- | --- |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **ORDER RE: STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS** |
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation, | ) ) ) ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on the Stipulated Motion for Extension of Time to Respond to Discovery Requests, and the Court having reviewed the Motion, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED the Stipulated Motion for Extension of Time to Respond to Discovery Requests is granted. Defendant is granted an extension through and including September 28, 2005 to respond to Plaintiffs' Third Set of Interrogatories and Request for Production. Plaintiffs are granted an extension through and including September 28, 2005 to respond to Defendant's Second Set of Interrogatories and Fourth Set of Request for Production. See NECivR 29.1.

DATED this 1st day of September, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge