IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA STACHON, ROGER McCARVILLE and McCARVILLE-STACHON, INC., d/b/a Capri Motel, <br><br> Plaintiffs, <br><br> v. <br><br> THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation, <br><br> Defendant. | Civil No. 4:02CV3068 <br><br> **ORDER FOR DISMISSAL** <br><br> **WITH PREJUDICE** |

THIS MATTER having come before the Court on the Stipulation for Dismissal with Prejudice submitted by the parties, and the Court being fully apprised in the premises, it is hereby;

ORDERED and ADJUDGED that the above-styled cause of action be dismissed with prejudice, plaintiff to waive their award of sanctions, each side to pay his and its own costs and attorney's fees.

DONE and ORDERED this 28th day of November, 2005.

BY THE COURT

s/ *David L. Piester*

United States Magistrate Judge